

FILED & ENTERED

JUN 21 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:        Howard Chorng Jeng Wu, Debtor. | Case No.:  2:21-bk-19480-ER<br>Adv. No.:  2:22-ap-01071-ER |
| Michael Chung-Hou Chiang and Agnes Shene Hwa Chin,<br><br>Plaintiffs,<br><br>v.<br><br>Howard Chorng Jeng Wu,<br><br>Defendant. | **ORDER: (1) GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND (2) VACATING HEARING ON MOTION**<br><br>**[RELATES TO ADV. DOC. NO. 17]**<br><br>**VACATED HEARING DATE:**<br><br>Date:        June 22, 2022<br>Time:        11:00 a.m.<br>Location:  Ctrm. 1568<br>                 Roybal Federal Building<br>                 255 East Temple Street<br>                 Los Angeles, CA 90012 |

No timely opposition having been filed to *Plaintiffs' Motion for Leave to File Their First Amended Complaint* [Doc. No. 17] (the "Motion for Leave"); and the Court finding this matter to be suitable for determination without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3); and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Motion for Leave is **GRANTED**. Plaintiffs shall file the proposed First Amended Complaint attached to the Motion for Leave by no later than **June 24, 2022**. Upon the filing of the First Amended Complaint, the Clerk of the Court will issue an updated Scheduling Order setting the date of a continued Status Conference.
2) The hearing on the Motion for Leave, set for June 22, 2022 at 11:00 a.m., is **VACATED**.

IT IS SO ORDERED.

###

Date: June 21, 2022

Ernest M. Robles
United States Bankruptcy Judge