Eric Bensamochan, Esq. SBN255482
The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us

Counsel for Howard Wu

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>HOWARD WU<br><br>Debtor. | Case No.: 2:21-bk-19480-ER<br><br>Adversary No.: 2:22−ap−01071−ER<br><br>Chapter 7 |
| MICHAEL CHUNG-HOU CHIANG, an individual; and AGNES SHENE HWA CHIN, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>HOWARD WU, an Individual,<br><br>　　　　Defendant. | **NOTICE OF UNAVAILABILITY OF COUNSEL.** |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY COURT JUDGE, PLAINTIFFS AND THEIR COUNSEL OF RECORD, AND ALL INTERESTED PARTIES:**

- 1 -

Please take notice that during the period beginning December 20, 2022, until January 2, 2023, Eric Bensamochan, Esq., counsel for Howard Wu, will be unavailable. The unavailability of counsel is due to international travel.

Dated: November 22, 2022                    **THE BENSAMOCHAN LAW FIRM, INC**.

By: /s/Eric Bensamochan, Esq.
    Eric Bensamochan
    Attorney for Howard Wu

| In re:<br>**Howard Chorng Jeng Wu**<br>Debtor(s). | CHAPTER: **7**<br>CASE NUMBER: **2:21-bk-19480-ER**<br>Adversary No: **2:22-ap-01071-ER** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9025 Wilshire Blvd., Suite 215**
**Beverly Hills, CA 90211**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF UNAVAILABILITY OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/22/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov
**Heide Kurtz (TR):** trustee@hkurtzco.com
**Norma V Garcia:** ngarciaguillen@garciarainey.com  (Michael Chung-Hou Chiang, and Agnes Shene Hwa Chin's Attorney)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **11/22/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Ernest M. Robles**
**United States Bankruptcy Court - Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1560 / Courtroom 1568**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/22/2022 | **Paulina Buitron** | /s/Paulina Buitron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**